**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **MOHAMMED NAGORI,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION No.: 1:19-cv-00293** |
| | § | |
| **AMERICAN SECURITY INSURANCE COMPANY,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## NOTICE OF REMOVAL

Defendant American Security Insurance Company ("American Security") files this Notice of Removal against Plaintiff Mohammed Nagori ("Plaintiff") pursuant to 28 U.S.C. §§ 1441 and 1446, as follows:

## I. INTRODUCTION

1. This case is removable because there is complete diversity between the parties in this litigation and the matter in controversy exceeds $75,000.00.

## II. COMMENCEMENT AND SERVICE

2. On June 10, 2019, Plaintiff commenced this action by filing an Original Petition in the 58th Judicial District Court of Jefferson County, Texas, styled Cause No. A-203953, *Mohammed Nagori v. American Security Insurance Company*.[1]

3. American Security received the service of process through its statutory agent on June 13, 2019.[2]

[1] *See* Ex. B-1, Plaintiff's Original Petition.
[2] *See* Ex. A, Citation.

4. American Security timely filed an answer in state court on July 8, 2019.[3]

5. This Notice of Removal is filed within thirty days of the receipt, through service or otherwise, of Plaintiff's Original Petition and is timely filed under 28 U.S.C. § 1446(b)(1). This Notice of Removal is also filed within one year of the commencement of this action, and is thus timely pursuant to 28 U.S.C. § 1446(c).

## III. GROUNDS FOR REMOVAL

6. American Security is entitled to remove the state court action to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 because this action is a civil action involving an amount in controversy exceeding $75,000.00 between parties with diverse citizenship.

## IV. DIVERSITY OF CITIZENSHIP

7. This is an action with complete diversity of citizenship between the Plaintiff and Defendant.

8. Plaintiff is a citizen of Texas.[4]

9. Defendant American Security is a foreign insurance company.[5]

10. No change of citizenship has occurred for the parties since commencement of the state court action. Accordingly, diversity of citizenship exists among the remaining parties to the litigation.

## V. AMOUNT IN CONTROVERSY

11. In the Fifth Circuit, a defendant who is served with a pleading requesting an indeterminate amount of damages has two options. The defendant may (1) remove the case

[3] *See* Ex. B-2, Defendant's Original Answer.

[4] *See* Ex. B-1, Plaintiff's Original Petition, ¶ 3; Ex. G-1, Accurint Comprehensive Address Report, at p. 2 (demonstrating that Plaintiff has been domiciled in Texas since at least September 1990).

[5] *See* Ex. H, Affidavit of Carmen Collazo.

immediately, if it can reasonably conclude that the amount in controversy exceeds $75,000.00, or (2) the defendant may wait until the plaintiff expressly pleads that the amount in controversy exceeds that amount or serves some "other paper" indicating that the amount in controversy exceeds that amount. 28 U.S.C. §§ 1446(b)(3), (c)(3)(A); *Bosky v. Kroger Texas LP*, 288 F.3d 208, *passim* (5th Cir. 2002). Here, this case became removable upon the receipt of Plaintiff's Original Petition wherein Plaintiff asserted that he seeks monetary relief over $200,000.00.[6] Thus, Plaintiff's Original Petition establishes that the total amount in controversy in the action exceeds the sum of $75,000.00, and this Court has jurisdiction pursuant to 28 U.S.C. § 1332.

## VI. VENUE

12. Venue lies in the Eastern District of Texas, Beaumont Division, pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because Plaintiff filed the state court action in this judicial district and division.

## VII. CONSENT TO REMOVAL

13. No Consent to Removal is necessary as American Security is the only named defendant in this lawsuit.

## VIII. NOTICE

14. American Security will give notice of the filing of this Notice of Removal to all parties of record pursuant to 28 U.S.C. § 1446(d). American Security will also file with the clerk of the state court, and will serve upon Plaintiff's counsel, a notice of the filing of this Notice of Removal.

[6] *See* Ex. B-1, Plaintiff's Original Petition, ¶ 2.

## IX. STATE COURT PLEADINGS

15. Copies of all state court pleadings and orders are attached to this Notice of Removal.

## X. EXHIBITS TO NOTICE OF REMOVAL

16. The following documents are attached to this Notice as corresponding numbered exhibits:

A. All Executed Process in this case;

B. Pleadings asserting causes of action, e.g., complaints, amended complaints, supplemental complaints, petitions, counter-claims, cross-actions, third party actions, interventions, etc., and all answers to such pleadings;

1. Plaintiff's Original Petition;

2. Defendant American Security Insurance Company's Original Answer;

C. Certified Copy of Docket Sheet;

D. A list of all parties in the case, the current status of the removed case, a record of which parties have requested a jury trial, and the name and address of the court from which the case is removed (pursuant to L.R. CV-81(c)(1), (4), and (5));

E. A list of all counsel of record, including addresses, telephone numbers, and parties represented;

F. Civil Cover Sheet;

G. Affidavit of Brian A. Srubar;

1. Accurint Comprehensive Address Report for Mohammed Nagori;

H. Affidavit of Carmen Collazo.

## XI. CONCLUSION

WHEREFORE, Defendant American Security Insurance Company, pursuant to the statutes cited herein, removes this action from the 58th Judicial District Court of Jefferson County, Texas to this Court.

Dated: July 11, 2019

Respectfully submitted,

MCDOWELL HETHERINGTON LLP

By: */s/ Bradley J. Aiken*
Bradley J. Aiken
State Bar No. 24059361
Brian A. Srubar
State Bar No. 24098460
First City Tower
1001 Fannin Street, Suite 2700
Houston, Texas 77002
Telephone: 713-337-5580
Facsimile: 713-337-8850
brad.aiken@mhllp.com
brian.srubar@mhllp.com

*ATTORNEYS FOR DEFENDANT*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on July 11, 2019, on the following counsel of record by Certified Mail:

Danny Ray Scott
Scott Law Offices
P.O. Box 53358
Houston, Texas 77052
casenotifications@scottlawyers.com

*Attorneys for Plaintiff*

*/s/ Brian A. Srubar*
Brian A. Srubar